No. 92–344. McNARY, COMMISSIONER, IMMIGRATION AND NAT-URALIZATION SERVICE, ET AL. *v.* HAITIAN CENTERS COUNCIL, INC., ET AL. C. A. 2d Cir. Certiorari granted.

No. 91–1111. HARTFORD FIRE INSURANCE CO. ET AL. *v.* CALIFORNIA ET AL.; and

No. 91–1128. MERRETT UNDERWRITING AGENCY MANAGE-MENT LTD. ET AL. *v.* CALIFORNIA ET AL. C. A. 9th Cir. Motion of Brokers & Reinsurance Markets Association for leave to file a brief as *amicus curiae* in No. 91–1111 granted. Certiorari granted in No. 91–1111 limited to Questions 1 and 2 presented by the petition. Certiorari granted in No. 91–1128. Cases consolidated and a total of one hour allotted for oral argument. Reported below: 938 F. 2d 919.

No. 91–1738. GILMORE *v.* TAYLOR. C. A. 7th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted limited to Question 1 presented by the petition.

No. 91–2019. MINNESOTA *v.* DICKERSON. Sup. Ct. Minn. Motion of Minnesota County Attorneys Association et al. for leave to file a brief as *amici curiae* granted. Certiorari granted.

No. 91–8199. DEAL *v.* UNITED STATES. C. A. 5th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted.

No. 91–7849. BUCKLEY *v.* FITZSIMMONS ET AL. C. A. 7th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted limited to Questions 1 and 2 presented by the petition.

No. 91–8674. SMITH *v.* UNITED STATES. C. A. 11th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted limited to Question 1 presented by the petition.

No. 92–34. MUSICK, PEELER & GARRETT ET AL. *v.* EMPLOY-ERS INSURANCE OF WAUSAU ET AL. C. A. 9th Cir. Motion of National Association of Securities and Commercial Law Attorneys for leave to file a brief as *amicus curiae* granted. Certiorari granted.